AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00380-WBS   Document 287   Filed 07/02/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the

Eastern   District of   California

United States of America

v.

RAFAEL ARREOLA-SAHAGUN

)
)
)   Case No:   2:09CR00380-06 WBS
)
)   USM No:   33808-208
)
Date of Original Judgment:    2/27/2012    )
Date of Previous Amended Judgment:         )   David Porter, Asst. Federal Defender
*(Use Date of Last Amended Judgment if Any)*        *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   ☒ the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in*
*the last judgment issued)* of           90           months **is reduced to**           74 months           .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/27/2012 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:          6/22/2015

Effective Date:          11/1/2015          William B. Shubb, U.S. District Court Judge
          *(if different from order date)*          *Printed name and title*

Dated:  July 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE